BOND

FILED by _____ D.C.

OCT - 8 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

# U.S. District Court
## Middle District of Florida (Orlando)
### CRIMINAL DOCKET FOR CASE #: 6:14-mj-01497-DAB-1

Case title: USA v. Badali et al

Date Filed: 10/02/2014
Date Terminated: 10/06/2014

Assigned to: Magistrate Judge David A. Baker

*Rule 40 Documents*
*14-14049-CR-RLR*

### Defendant (1)

**Richard Todd Badali**
323 Tinder Place
Casselberry, FL 32707
*TERMINATED: 10/06/2014*

represented by **Maria Guzman**
Federal Public Defender's Office
Suite 300
201 S Orange Ave
Orlando, FL 32801
407/648-6338
Fax: 407/648-6095
Email: Maria_Guzman@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC.

**Disposition**

**Plaintiff**

USA                    represented by    **Bruce S. Ambrose**
US Attorney's Office - FLM
Suite 3100
400 W Washington St
Orlando, FL 32801
407/648-7500
Email: bruce.ambrose@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/02/2014 | 1 | Minute Entry for proceedings held before Magistrate Judge David A. Baker: Bond Hearing as to Richard Todd Badali, Thomas Richard Laakmann held on 10/2/2014, Initial Appearance in Rule 5(c)(3) Proceedings as to Richard Todd Badali, Thomas Richard Laakmann held on 10/2/2014 Appearance entered by Maria Guzman for Richard Todd Badali on behalf of defendant.. (digital) (KKA) (Entered: 10/03/2014) |
| 10/02/2014 | 2 | ***CJA 23 Financial Affidavit by Richard Todd Badali. (KKA) (Entered: 10/03/2014) |
| 10/02/2014 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Richard Todd Badali. Signed by Magistrate Judge David A. Baker on 10/2/2014. (KKA) (Entered: 10/03/2014) |
| 10/02/2014 | 6 | ORDER Setting Conditions of Release as to Richard Todd Badali (1) $25,000 unsecured. Signed by Magistrate Judge David A. Baker on 10/2/2014. (KKA) (Entered: 10/03/2014) |
| 10/02/2014 | 7 | Appearance BOND entered as to Richard Todd Badali. (KKA) (Entered: 10/03/2014) |
| 10/02/2014 | 12 | Arrest (Rule 5(c)(2)) of Richard Todd Badali, Thomas Richard Laakmann from Southern District of Florida on charges of 18 U.S.C. 922(g)(1). (KKA) (Entered: 10/07/2014) |
| 10/06/2014 | 13 | ORDER OF REMOVAL pursuant to Rule 5(c)(2) to Southern District of Florida as to Richard Todd Badali. Signed by Magistrate Judge David A. Baker on 10/6/2014. (KKA) (Entered: 10/07/2014) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 10/08/2014 11:08:53 | | |
| PACER Login: | us5299:2654665:0 | Client Code: |
| | | Search 6:14-mj-01497- |

| Description: | Docket Report | Criteria: | DAB |
|---|---|---|---|
| Billable Pages: | 1 | Cost: | 0.10 |

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                    **CASE NO: 14-1497-01 & 02**

**RICHARD TODD BADALI** and
**THOMAS RICHARD LAAKMANN**

AUSA: Bruce Ambrose
Defense Attorney: Maria Guzman, Federal Public Defender
Thomas Dale -- CJA

| JUDGE: | DAVID A. BAKER<br>United States<br>Magistrate Judge | DATE AND TIME: | October 2, 2014<br>2:30 P.M. – 2:50 P.M. |
|---|---|---|---|
| DEPUTY CLERK: | Helyn LaTorre | RECORDING: | Digital |
| INTERPRETER: | None | PRETRIAL/PROB: | Joshua Pierce |

## CLERK'S MINUTES
## INITIAL APPEARANCE ON RULE 5C
### FROM SD/FLORIDA, FORT PIERCE

## DEFENDANTS WERE ARRESTED TODAY
Case called, appearances taken
Procedural setting by court
Court advises defendants of rights and charges
Defendant Badali requested court appointed counsel; Court appoints FPD
Defendant Laakmann requested court appointed counsel; Court appoints CJA Dale
Court advises defendants as to Rule 20 rights
Government does not seek detention of defendant Badali; government seeks detention of Laakmann
Defense responds
Court sets conditions of release for Badali:
Bond $25,000 unsecured
-travel MD/SD/FL
-report to Pretrial
-curfew 9 PM- 7AM or other ours subject to Pretrial approval
-no firearms, drugs, excessive alcohol
-obtain no passport
-no contact with Pagan motorcycle club

Page 1 of 2

Defendant Laakmann requests continuance for detention hearing; Court sets detention hearing for Tuesday, October 7 at 11:00 AM
Defendants admit identity

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.  CASE NO: 14-1497-01

RICHARD TODD BADALI

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above named defendant in this case. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Orlando Florida on October 2, 2014.

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Federal Public Defender

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                                                              CASE NO: 14-1497-01

RICHARD TODD BADALI

## ORDER SETTING CONDITIONS OF RELEASE

**IT IS ORDERED** that the release of the defendant is subject to the following conditions and provisions:

(1) The defendant **must not violate** any federal, state or local law while on release in this case.

(2) The defendant **must cooperate** in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant **must immediately advise** the court, Pretrial Services Office, defense counsel and the U.S. Attorney in writing of any change in address and telephone number.

(4) The defendant **must appear** at all proceedings as required and must surrender for service of any sentence imposed as directed. The defendant shall next appear in the United States Courthouse, 401 W. Central Boulevard, Orlando, FL 32801, in the Courtroom directed upon notice.

## ADDITIONAL CONDITIONS OF RELEASE

In order reasonably to assure the appearance of the defendant and the safety of other persons and the community, it is **FURTHER ORDERED** that the release of the defendant is subject to the conditions marked below:

### Unsecured Financial Conditions

The defendant executes an unsecured bond binding the defendant to pay the United States the sum of $25,000.00 in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

- Report as directed by the Pretrial Services Office.

- Obtain no passport.

- Abide by the following restrictions on personal association, place of abode, or travel:   Defendant is restricted in residence and travel to the Middle and Southern Districts of Florida.

- Refrain from possessing a firearm, destructive device, or other dangerous weapon.

- Refrain from excessive use of alcohol.

- Refrain from any use or possession of a narcotic drug or other controlled substances in 21 U.S.C. § 802, unless with prior written approval of the Pretrial Services Officer or as may be lawfully prescribed in writing by a licensed medical practitioner.

- Participate in the following home confinement program components and abide by all the requirements of the program which may include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by Pretrial Services.

    **Curfew:** You are restricted to your residence every day from 9 PM TO 7 AM or other hours subject to Pretrial approval, or as directed by Pretrial Services.

- Report as soon as possible, to the Pretrial Services Office any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

- No contact with Pagan motorcycle club

## ADVICE OF PENALTIES AND SANCTIONS

**TO THE DEFENDANT:**

**YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:**

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

Address 3707 (Tinder)
CASSEBERRY FL
_____
City and State      Telephone
407 927 1530

## DIRECTIONS TO THE UNITED STATES MARSHAL

☒ The defendant is **ORDERED** released after processing.
☐ The United States marshal is **ORDERED** to keep the defendant in custody until notified by the Clerk or Judicial Officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 2nd day of October, 2014

_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Federal Public Defender

AO 199A Order Setting Conditions of Release         3

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

## UNITED STATES OF AMERICA

VS.  CASE NO: 14-1497-01

## RICHARD TODD BADALI

---

### DEFENDANT'S APPEARANCE BOND

To obtain the defendant's release, we jointly and severally agree to forfeit the following cash or other property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter *(describe the cash or other property and any claim, lien, mortgage, or other encumbrance on it)*:

**$25,000 UNSECURED**

Ownership: We declare under penalty of perjury that we are the sole owners of this property and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is n effect. We deposit with the court the following ownership documents, including any encumbrance documents (list all documents and submit as attachments):

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

This agreement is signed on October 2, 2014 at ORLANDO, Florida.

_____
*Defendant's Signature*

Sworn and signed before me on October 2, 2014.

City and state: CASSELBERRY FL 32707

407 929 1530

CLERK OF COURT

_____
Helyn LaTorre, Deputy Clerk

Approved.

October 2, 2014

_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __14-14049-CR-ROSENBERG/LYNCH__  14-1497-01, 02
18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(g)(9)
18 U.S.C. § 922(d)(1)
18 U.S.C. § 924(a)(2)

UNITED STATES OF AMERICA

v.

RICHARD TODD BADALI,
a/k/a "Boots"
and
THOMAS RICHARD LAAKMANN,
a/k/a "Troll"

    Defendants.
_____/



FILED by ___ D.C.
AUG 14 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Between on or about August 9, 2011 and September 3, 2011, in Indian River County, in the Southern District of Florida, and elsewhere, the defendants,

**RICHARD TODD BADALI,**
a/k/a "Boots"
and
**THOMAS RICHARD LAAKMANN,**
a/k/a "Troll"

did knowingly sell and otherwise dispose of one or more firearms, to wit, one Star Model BM 9 millimeter pistol, to any person knowing or having reasonable cause to believe that person had been convicted of a felony, that is, a crime punishable by imprisonment for a term exceeding one

year, in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

## COUNT 2

Between on or about August 9, 2011 and September 3, 2011, in Indian River County, in the Southern District of Florida, and elsewhere, the defendant,

**RICHARD TODD BADALI,**
a/k/a "Boots"

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms in and affecting interstate and foreign commerce, to wit, one Star Model BM 9 millimeter pistol, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 3

Between on or about August 9, 2011 and September 3, 2011, in Indian River County, in the Southern District of Florida, and elsewhere, the defendant,

**THOMAS RICHARD LAAKMANN,**
a/k/a "Troll"

having been previously convicted of a misdemeanor crime of domestic violence, did knowingly possess one or more firearms in and affecting interstate and foreign commerce, to wit, one Star

Model BM 9 millimeter pistol, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

RUSSELL R. KILLINGER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                              CASE NO: 14-1497-02

THOMAS RICHARD LAAKMANN

ORDER SCHEDULING DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | George C. Young United States Courthouse and Federal Building. 401 W Central Boulevard Orlando, Florida | | |
|---|---|---|---|
| | | Courtroom: | 6D |
| | | Date and Time: | October 7, 2014, at 11:00 A.M. |

IT IS ORDERED: Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: October 3, 2014

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by _____ D.C.

AUG 14 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

United States of America
v.
RICHARD TODD BADALI, a/k/a "Boots"

Defendant.

Case No. 14-14049-CR-ROSENBERG/LYNCH

## ARREST WARRANT   6:14-mj-1497-1

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RICHARD TODD BADALI, a/k/a "Boots"
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Possession of Firearm By Convicted Felon

Sale of Firearm to a Convicted Felon

Date: 8/14/2014

City and state:  Fort Pierce, Florida

*Issuing officer's signature*

Frank J. Lynch, Jr., United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by _____ D.C.

AUG 14 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

| | |
|---|---|
| United States of America<br>v.<br>THOMAS RICHARD LAAKMANN, a/k/a "Troll"<br><br>Defendant. | )<br>)<br>) Case No. 14-14049-CR-ROSENBERG/LYNCH<br>)<br>) |

## ARREST WARRANT  6:14-mj-1497-2

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __THOMAS RICHARD LAAKMANN, a/k/a "Troll"__,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of Firearm By Prohibited Person

Sale of Firearm to a Convicted Felon

Date: 8/14/2014

City and state: Fort Pierce, Florida

*Issuing officer's signature*

Frank J. Lynch, Jr., United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.

CASE NO: 14-1497-01

RICHARD TODD BADALI

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS PURSUANT TO RULE 5(c), FED.R.CRIM.P.

Richard Todd Badali, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Indictment from Southern District of Florida was held on October 2, 2014.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that RICHARD TODD BADALI is the person named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

ORDERED that RICHARD TODD BADALI be held to answer in the district court in which the prosecution is pending. The defendant was released on a $25,000 unsecured bond provided he appear on Friday, October 10, 2014 at 9:30 AM before the Honorable Frank J. Lynch, Jr., Courtroom 4074, 101 S. U.S. Highway 1, Ft. Pierce, Florida, 34950. Defendant is instructed to report to Pretrial Services at 9:00 AM the same date to Suite 1094 at the courthouse address.

DONE and ORDERED in Chambers in Orlando, Florida on October 6, 2014.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Counsel of Record