# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 14-14049-CR-ROSENBERG

UNITED STATES OF AMERICA
    Plaintiff,

v.

RICHARD TODD BADALI,
    Defendant,

_____/

### ORDER GRANTING  MOTION TO APPEAR
### *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST
### TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC
### FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice*

for [Name of Atty Seeking Admission], Consent to Designation, and Request to Electronically

Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing

the Admission and Practice of Attorneys in the United States District Court for the Southern

District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having

considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Carlos A. Martir, Jr., Esquire, may appear and participate in

this action on behalf of Richard Todd Badali. The Clerk shall provide electronic notification of

all electronic filings to Carlos A. Martir, Jr., Esquire, at carlosmartirlaw@verizon.net.

DONE AND ORDERED in chambers at ~~Ft. Pierce~~ , Florida, this

15th day of January, 2015

_____

United States District Judge

Copies furnished to:

All Counsel of Record