UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO; 14-14049-CR-Rosenberg / Lynch

UNITED STATES of AMERICA,
    Plaintiff,

v.

RICHARD TODD BADALI,
    Defendant.
_____/

## ORDER

**THIS CAUSE,** having come before the Court on the Defendant's Motion to Withdraw as Attorney of Record, and after review of the record and otherwise being duly informed in the premises it is hereby;

**ORDERED AND ADJUDGED** that the defendant's Motion is hereby **GRANTED.**

**DONE AND ORDERED** in chambers Fort Pierce, Florida this ___ day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc; counsel of record